No. D–414.  IN RE DISBARMENT OF BLOCK.  It is ordered that Malcolm L. Block, of Cherry Hill, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.